# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1461
Lower Tribunal No. 21-11764
_____


**Edgardo Taurino,**
Appellant,

vs.

**Florentino Zubizarreta,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Edgardo Taurino, in proper person.

Corona Law Firm, P.A., and Kevin M. Corona and Ricardo M. Corona, for appellee.


Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); <u>Fortune v. Pantin</u>, 851 So. 2d 274, 274 (Fla. 5th DCA 2003) ("In the absence of a transcript, this court is unable to evaluate the sufficiency of the evidence considered by the trial court in support of its factual findings, and instead presumes such findings to be correct.").